**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JENNIFER SHERBY | : | CIVIL ACTION |
| | : | |
| | : | CASE NO.: 15-6076 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| TE CONNECTIVITY, TYCO | : | |
| ELECTRONICS CORPORATION, LTD | : | |
| *et. al.* | : | |
| | : | |
| Defendants. | : | |
| | : | |

**STIPULATION FOR VOLUNTARY DISMISSAL OF PARTY**

It is hereby stipulated pursuant to Rule 41.1(b) of the Local Rules of Civil Procedure, by and between Christine E. Burke, counsel for Plaintiff, and Brian D. Lee, counsel for Defendants, that Individual Defendant: Alan Smith is hereby dismissed from the instant action with prejudice and without costs or fees awarded to either Party.

Respectfully Submitted,

OGLETREE, DEAKINS, NASH                KARPF, KARPF  & CERUTTI, P.C.
SMOAK & STEWART, P.C.                   Attorneys for Plaintiff
Attorneys for Defendant


By: */s/ Brian D. Lee*                          By: */s/ Christine E. Burke*
      Brian D. Lee                                      Christine E. Burke


The foregoing Stipulation is hereby APPROVED as an Order of the Court.


_____
The Honorable Michael M. Baylson, U.S.D.J.


Dated: July 28, 2016