**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JENNIFER SHERBY**<br><br>**v.**<br><br>**TE CONNECTIVITY, TYCO ELECTRONICS CORPORATION, LTD, et al.** | **CIVIL ACTION**<br><br>**NO. 15-6076**<br><br>**DATE OF NOTICE: September 13, 2016** |

<u>**ORDER**</u>

      **AND NOW, TO WIT:**  This  <u>13th</u>  day of <u>September</u>, 2016, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

      **ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel, without costs.

                       **LUCY V. CHIN**, Interim Clerk of Court

                           /s/ Lori K. DiSanti

          **BY:** _____

                           Lori K. DiSanti
                           Deputy Clerk

cc:   Christine Burke, Esq. (cburke@karpf-law.com)
       Ari Karpf, Esq. (akarpf@karpf-law.com)
       Brian Lee, Esq. (brian.lee@ogletreedeakins.com)
       Michael Riccobono, Esq. michael.riccobono@ogletreedeakins.com)